Michael E. Sullivan, Esq. (SBN 5142)
Barry L. Breslow, Esq. (SBN 3023)
**ROBISON, BELAUSTEGUI, SHARP & LOW**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KAREN ANDERSON, an Individual, | Case No.: 2:15-cv-01163-APG-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR ASSIGNMENT TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| WFM-WO, INC. d/b/a WHOLE FOODS MARKET, a Delaware Corporation; DOES I-X, and ROE BUSINESS ENTITIES XI-XX, inclusive, | |
| Defendants. | |

Plaintiff Karen Anderson and Defendant WFM-WO, Inc. d/b/a Whole Foods Market, through their respective counsel, stipulate follows:

The parties request a referral to a settlement conference with a Magistrate Judge.

DATED: 6/6/16

CLAGGETT & SYKES LAW FIRM
8751 W. Charleston Blvd., Suite 220
Las Vegas, Nevada 89117
(702) 655-2346

By: _____
Sean K. Claggett (SBN 8407)
William T. Sykes (SBN 9916)
Matthew S. Granda (SBN 12753)
Attorneys for Plaintiff

DATED: 6-6-16

ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
(775) 329-3151

By: _____
Michael E. Sullivan (SBN 5142)
Attorneys for Defendant

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 7, 2016

1

DATED: June 6, 2016

THE MORALES LAW FIRM
8751 W. Charleston Blvd., Suite 220
Las Vegas, Nevada 89117
(702) 655-2346

By: _____
Jennifer Morales (SBN 8829)
Attorneys for Plaintiff

IT IS SO ORDERED.

DATED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

j:\wpdata\mes\6977.002 whole foods v anderson\p-stip & order for settlement judge.docx

Robison. Belaustegui.
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

2