Michael E. Sullivan, Esq. (SBN 5142)
Barry L. Breslow, Esq. (SBN 3023)
**ROBISON, BELAUSTEGUI, SHARP & LOW**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:   (775) 329-3151
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN ANDERSON, an Individual, | Case No.:   2:15-cv-01163-APG-CWH |
| Plaintiff, | |
| v. | |
| WFM-WO, INC. d/b/a WHOLE FOODS MARKET, a Delaware Corporation; DOES I-X, and ROE BUSINESS ENTITIES XI-XX, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL

COMES NOW Plaintiff KAREN ANDERSON, by and through her attorney, Jennifer Morales, Esq. and Defendant WFM-WO, INC. d/b/a WHOLE FOODS MARKET, by and through their counsel, Michael E. Sullivan, Esq., and stipulate and agree to the dismissal with prejudice of Defendant WFM-WO, INC. d/b/a WHOLE FOODS MARKET. Each party to bear their own attorney's fees and costs.

//
//
//
//
//

## AFFIRMATION

Pursuant to NRS 239B.030

The undersigned does hereby affirm that the attached document DOES NOT CONTAIN THE SOCIAL SECURITY NUMBER OF ANY PERSON.

DATED: This 28th day of November, 2016

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: _____
MICHAEL E. SULLIVAN, ESQ.
Attorneys for Defendant WFM-WO, INC.
d/b/a WHOLE FOODS MARKET

DATED: This 28th day of November, 2016

THE MORALES LAW FIRM
8751 W. Charleston Blvd., Suite 220
Las Vegas, Nevada 89117

By: /s/ Jennifer Morales
Jennifer Morales, Esq.
*Attorneys for Plaintiff*

## ORDER OF DISMISSAL

Pursuant to the above Stipulation and for good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled matter be and hereby is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated: November 28, 2016.

_____
UNITED STATES DISTRICT JUDGE